Dismissed and Memorandum Opinion filed December 23, 2003









Dismissed and Memorandum Opinion filed December 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01165-CV

____________

 

ARTHUR R. MONTEMAYOR, SALLY S.
CHESSER and JESS E. CHESSER, Appellants

 

V.

 

LAKEWOOD FOREST FUND, INC., Appellee

 



 

On Appeal from the 234th
District Court

Harris County, Texas

Trial Court Cause No. 03-26690

 



 

M E M O R A N D U M  
O P I N I O N

This is an accelerated appeal from a temporary injunction
signed October 1, 2003.  On December 15,
2003, appellants filed a motion to dismiss the appeal because they no longer
wish to prosecute their appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 23, 2003.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.